**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Michelle Jacqueline Major | : | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11656 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 03/17/2020 and this case be and the same is hereby DISMISSED.

**Date: June 1, 2020**

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:
  Matrix List of Creditors
  Certification Concerning Credit Counseling
  and/or Certificate of Credit Counseling
  Chapter 7 Statement of Your Current Monthly Income Form 122A-1
  Means Test Calculation Form 122A-2
  Schedules AB-J
  Statement of Financial Affairs
  Summary of Assets and Liabilities Form B106 due 3/31/2020