United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 20-11656-jkf
Michelle Jacqueline Major   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2  User: Antoinett  Page 1 of 1  Date Rcvd: Jun 01, 2020
                 Form ID: pdf900   Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.
db              +Michelle Jacqueline Major,    3134 Lutheran Road,    Gilbertsville, PA 19525-9658
14489553        +U.S. Bank NA, successor trustee to,    Bank of America, NA, successor in,
                  interest to LaSalle Bank NA, as trustee,    c/o REBECCA ANN SOLARZ,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jun 02 2020 04:21:09      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2020 04:20:27       Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2020 04:21:03      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14489167       U.S. Bank NA, successor trustee to Bank of America
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;Jblackford@gsbblaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
               NA, successor in interest to LaSalle Bank NA, as trustee, Et Al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Michelle Jacqueline Major | : | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11656 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 03/17/2020 and this case be and the same is hereby DISMISSED.

**Date: June 1, 2020**

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:
Matrix List of Creditors
Certification Concerning Credit Counseling
and/or Certificate of Credit Counseling
Chapter 7 Statement of Your Current Monthly Income Form 122A-1
Means Test Calculation Form 122A-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106 due 3/31/2020